IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARTY DUPREE, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00042-TES |
| | * |
| ARCILLA MINING AND LAND COMPANY LLC, | |
| | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 16, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 18th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk